**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Rikam Ikkesh Dozier, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-000694

Appeal from Lexington County
Edgar W. Dickson, Post-Conviction Relief Judge

Memorandum Opinion No. 2016-MO-002
Submitted December 1, 2015 – Filed February 3, 2016

**DISMISSED AS IMPROVIDENTLY GRANTED**

Aimee Jendrzejewski Zmroczek, of Columbia, for Petitioner.

Attorney General Alan Wilson and Assistant Attorney General Patrick Lowell Schmeckpeper, both of Columbia, for Respondent.

**PER CURIAM:** We granted a writ of certiorari to review the denial of Petitioner Rikam Dozier's application for post-conviction relief. After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice Jean H. Toal, concur.**